# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 1 4 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '16MJ0761

The person charged as **Etienne YIM** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Central District** of **California** with: **Title 18 U.S.C § 3565 Federal Probation Violation**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 3/14/2016

_____ (signature)

_____
Vincent Dilay (print)
Deputy United States Marshal

Reviewed and Approved

DATE: March 14th, 2016

_____ (signature)

**BENJAMIN A. BISH** (print)
Assistant United States Attorney



RECEIVED
U.S. M...
SANT...

2016 MAR -1 PM 12: 57

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CR15-00249-JFW |
| vs | |
| Etienne Yim | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Etienne Yim and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition

☒ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  18  United States Code, Section(s)  3565

| Kiry K. Gray | |
| --- | --- |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 2/29/16 - Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| *[signature]* | By: John F. Walter |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
| --- | --- |
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

PROB 12
(Rev. 11/04)

## United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| February 29, 2016 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: jloz DEPUTY |

U.S.A. VS. Etienne Yim

Docket No.: CR15-00249-JFW

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Etienne Yim who was placed on supervision by the Honorable JOHN F. WALTER sitting in the Court at Los Angeles, California, on the 31st day of August, 2015, who fixed the period of supervision at 1 year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Etienne Yim before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 29th day of Feb, 2016 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE JOHN F. WALTER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on February 26, 2016

/S/ GREGORY J. METOYER
Supervising U. S. Probation Officer

Place: Long Beach, California

U.S.A. VS Etienne Yim
Docket No CR15-00249-JFW

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 4, 2015, Etienne Yim used marijuana as evidenced by laboratory analysis of his urine sample; and

2. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 19, December 7, 2015, and February 8, 2016, Etienne Yim used cocaine as evidenced by laboratory analysis of his urine samples.